# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIR:**
Karen K. Caldwell
United States District Court
Eastern District of Kentucky

**MEMBERS:**
Nathaniel M. Gorton
United States District Court
District of Massachusetts

David C. Norton
United States District Court
District of South Carolina

Dale A. Kimball
United States District Court
District of Utah

Matthew F. Kennelly
United States District Court
Northern District of Illinois

Roger T. Benitez
United States District Court
Southern District of California

Madeline Cox Arleo
United States District Court
District of New Jersey

**DIRECT REPLY TO:**
John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
 Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20544-0005

Telephone: (202) 502-2800
Fax: (202) 502-2888

ADVISORY

ADVISORY
U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Any attorneys who need to bring a cell phone, laptop, or electronic equipment of any kind into the Courthouse must email Catherine_Wade@flsd.uscourts.gov no later than one week prior to the hearing date. Please ensure that the email contains the name of the attorney(s) and the type of electronic equipment they will be bringing into the Courthouse. If the US Marshals Service does not receive this information in advance of the hearing, the attorney(s) will not be permitted to enter the Courthouse with their equipment. [Attorneys who are members of The Florida Bar are permitted to bring electronic equipment into the Courthouse upon presentation of their Florida Bar card.] **Please note, members of the public, including non-attorney parties, are not permitted to bring in electronic equipment of any kind absent a Court order.**

Please see the Southern District of Florida's policy regarding Prohibited Electronic Devices which can be downloaded at  https://www.flsd.uscourts.gov/prohibited-electronic-devices.

Please see and plan to abide by the Southern District of Florida's requirements regarding public access in light of COVID-19 which can be found on the court's website: https://www.flsd.uscourts.gov.