## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on January 25, 2023, the foregoing was filed with the Clerk of the Court using CM/ECF, which will send notice to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

Dated: January 25, 2023

<u>*/s/ Kristin Kiehn*</u>
Kristin Kiehn

*Counsel for Defendants KeyBank N.A. and KeyCorp*